UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FAY PORTIER** | **CIVIL ACTION** |
| **VERSUS NO.** | **NO.** |
| **LAFAYETTE WORKBOAT RENTALS, LLC, and SETTOON TOWING, LLC.** | |

_____

**COMPLAINT FOR DAMAGES**
_____

The complaint of **FAY PORTIER**, a person of the full age of majority and resident of and domiciled in the State of Louisiana, respectfully represents the following:

1.

Named as defendants are:

    **LAFAYETTE WORKBOAT RENTALS, LLC,** a corporation, authorized to do and doing business in the State of Louisiana; and

    **SETTOON TOWING, LLC,** a corporation authorized to do and doing business in the State of Louisiana.

2.

This claim is an admiralty and maritime law claim brought in this Court pursuant to the admiralty law as modified by the Jones Act, 46 U.S.C. §688 et seq, and is specifically designated as such within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

3.

The defendants are justly and truly indebted to plaintiff, jointly, severally and *in solido*, for all damages that are reasonable in the premises, together with legal interest from the date of occurrence until paid, and for all costs of these proceedings, by reason of the following:

4.

FAY PORTIER ("plaintiff"), was employed by defendant, LAFAYETTE WORKBOAT RENTALS, LLC., and plaintiff's employer was contracted to provide assistance with the British Petroleum ("BP") oil spill cleanup efforts in the Gulf of Mexico.

5.

On or about August 6, 2010, plaintiff, while working on a barge owned by defendant, SETTOON TOWING, LLC, slipped and fell on the barge while walking across the deck.

6.

As a result of the incident described above, plaintiff sustained severe and disabling injuries to his right leg, including a shattered right knee.

7.

As a result of the disability caused by these injuries, plaintiff was unable to complete his work hitch on the barge owned by defendant, SETTOON TOWING, LLC.  In addition, plaintiff was unable to engage in his chosen occupation during the period of his medical treatment, and, as a result, has suffered a substantial loss of earnings.

8.

Because of these injuries, plaintiff been caused to endure extreme physical and mental pain, suffering, and disability, and he has sustained a substantial loss of his enjoyment of life.

9.

It is alleged upon information and belief that the damages suffered by plaintiff were caused by the negligence of defendants, LAFAYETTE WORKBOAT RENTALS, LLC., as well as the unseaworthiness of the barge owned by defendant, SETTOON TOWING, LLC in the following, non-exclusive respects:

 a. Failing to provide plaintiff with a safe place to work;
 b. Failure to properly inspect the vessel and its appurtenances;
 c. Failure to supply equipment, apparel and furnishings which were safe and fit for their intended purpose and use;
 d. Engagement and assignment of an insufficient and/or unqualified crew;
 e. Any and all other acts of negligence, fault and/or unseaworthiness which may be proven at the trial of this matter or discovered prior thereto.

10.

As a result of defendant's negligence, plaintiff alleges that he is entitled to an award of general damages, including past and future physical and mental pain, suffering, disability, physical and mental impairment, humiliation, scarring, disfigurement, loss of enjoyment of life, special damages, including past and future loss of earnings and wage-earning capacity and medical expenses, and any and all other damages which may be proven at the trial of this action.

11.

Plaintiff is entitled to maintain this action against and seek recovery from defendants under the Jones Act and general maritime law and, additionally and/or alternatively, pursuant to the laws of the State of Louisiana including, but not limited to, La. C.C.P. art. 2315 and/or 2317 and/or 2322.

**WHEREFORE,** plaintiff prays that the named defendants, LAFAYETTE WORKBOAT RENTALS, LLC, BORDELON MARINE, INC., and SETTOON TOWING, LLC be served with a certified copy of this complaint for damages, and be duly cited to appear and answer same; that after all due proceedings are had, that there be judgment rendered in favor of plaintiff, FAY PORTIER, and against the defendants, LAFAYETTE WORKBOAT RENTALS, LLC and SETTOON TOWING, LLC for all damages that are reasonable in the premises, together with legal interest and for all costs of these proceedings, and for all general and equitable relief which the court deems necessary and proper under the circumstances.

Respectfully Submitted,

_____
**CHARLES C. BOURQUE, JR. (#20118)**
**ADAM J. TRIPLETT (#32058)**
ST. MARTIN & BOURQUE
4084 Highway 311
P.O. Box 2017
Houma, Louisiana  70360
(985) 876-3891

**PLEASE SERVE:**

1) LAFAYETTE WORKBOAT RENTALS, LLC
   Through its registered agent:
   Michael M. Donner
   2300 Main St.
   Broussard, LA  70518

2) SETTOON TOWING, LLC.
   Through its registered agent:
   Russ A. Settoon
   1073 Highway 70
   Pierre Part, LA  70339