UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FAY PORTIER | CIVIL ACTION |
| VERSUS | NO: 11-1835 |
| LAFAYETTE WORKBOAT RENTALS, LLC, et al | SECTION: "A" |

## J U D G M E N T

This matter was brought before the Court on a call of the docket, after due notice to the attorneys of record to show cause why no action had been taken, and no cause being shown, the Court hereby orders the case dismissed;

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment dismissing the complaint at plaintiff's costs, without prejudice.

New Orleans, Louisiana, this 6th day of January 2012.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE